# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JUSTIN D. PORTER,<br>               Appellant,<br>      vs.<br>BRIAN WILLIAMS, WARDEN,<br>             Respondent. | No. 79735 |

**FILED**

OCT 18 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

This court's review of this appeal reveals a jurisdictional defect. No decision had been made on the petition when appellant filed the appeal on September 27, 2019. Thus, the notice of appeal is premature. *See* NRS 177.015(3). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-43204

cc: Hon. Jacqueline M. Bluth, District Judge
Justin D. Porter
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A